# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| Cesar Day,<br>    Plaintiff,<br><br>v.<br><br>DB Capital Group, LLC,<br>    and<br>Millennium Bank, N.A.<br>    and<br>Millennium Bankshares Corporation<br>    and<br>Realty Title of Tysons, Inc.<br>    and<br>Wachovia Bank, N.A.<br>    and<br>Wells Fargo & Company, N.A.<br>    and<br>Integrity Financial, Inc.<br>    and<br>Tracey Spain<br>    and<br>Ralph D. Spain, Sr.<br>    and<br>Brian Pettiford<br>    and<br>Russell V. Pettiford<br>    and<br>David Alan Murrell<br>        Defendants | Federal<br>Case No.: |

## NOTICE OF REMOVAL
### to the United States District Court for the District of Maryland

Comes now Russell V. Pettiford by and through undersigned Counsel, and pursuant to 28 U.S.C. Sections 1441(a) and 1446, he hereby files this Notice of Removal of the above-captioned civil action to the United States District Court for the District of Maryland (Southern Division) , and in support of the same he states:

1. Russell V. Pettiford is a Defendant in the above captioned case, now before this Court.

2. The above captioned case is here via a Complaint filed by the Plaintiff in this Honorable Court against the above listed Defendants.

3. This case involves the interpretation of 18 U.S.C. § 1961–1968 (Racketeer Influenced and Corrupt Organizations Act ["RICO"]).

4. Jurisdiction for this case in the United States District Court for the District of Maryland arises under 28 U.S.C. §1331 which provides that "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States".

5. This action is removable to the U.S. District Court for the District of Maryland pursuant to 28 U.S.C. §1442 (b).

6. A copy of all process, pleadings, and orders served upon the Defendants are filed with this Notice.

7. Defendant will give written notice of the filing of this Notice as required by 28 U.S. Code section 1446 to all parties to this action.

8. A copy of this Notice will be filed with the Clerk of the Circuit Court for Prince George's County

**WHEREFORE,** on this June 21, 2010, Defendant Russell V. Pettiford requests that this action proceed in the United States District Court for the District of Maryland as an action properly removed to it, and grant such other and further relief that this Court deems proper and just.

Respectfully Submitted,

Stephen A. Shechtel, Esquire
Stephen A. Shechtel, P.A.
17 W. Jefferson Street Suite 205
Rockville, Md 20850
telephone:      301-309-1440
facsimile:       301-309-1566
stephen@shechtel.com

| | |
|---|---|
| Circuit Court for Montgomery County | #14535 |
| Circuit Court for Prince George's County | #SH3672 |
| District Court of MD | #3677 |
| D.C. Superior Ct. Bar | #439635 |
| U.S. District Court for the District of MD | #10626 |

Attorney for Defendant Russell V. Pettiford

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this June 21, 2010, a copy of the Notice of Removal was mailed via first-class mail postage prepaid to:

Sidney Schupak, Esq.
Ashcraft & Gerel, LLP
4900 Seminary Road, Suite 650
Alexandria, Virginia 22311
Counsel for Plaintiff

Craig J. Franco, Esq.
Odin, Feldman & Pittleman, P,C.
9302 Lee Highway, Suite 1100
Fairfax, Virginia 22031
Counsel for Millennium Bank, N.A.;and,
Millennium Bankshares Corporation

Jennifer L. Sarvadi, Esq.
LeClair Ryan
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
Counsel for Realty Title of Tysons, Inc.

Virginia W. Barnhart, Esq.
Douglas B. Riley, Esq.
Treanor Pope & Hughes
29 W. Susquehanna Avenue Suite 110
Towson, MD 21204
Counsel for Defendants'
  Wells Fargo & Company
  Wachovia Bank, N.A

James West, Esq.
West & Costello, LLC
409 Washington Avenue Suite 1010
Towson, Maryland 21204
Counsel for Defendant Integrity Financial, Inc.

Joseph B. Espo, Esq.
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street Suite 1700
Baltimore, MD 21202

and

Cedulie Renee Laumann, Esq.
Arden Law Firm
1028 Generals Hwy
Crownsville, MD 21032
  Counsel for Defendants Spain

_____
Stephen A. Shechtel, Esq.